UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEDEX REVIEWS, LLC, | ) |
| Plaintiff, | ) Case No. 4:25-cv-4550 |
| v. | ) Complaint for Trademark Infringement, False Designation of Origin, and Unfair Competition |
| MEDX GLOBAL CLINICAL ADVISORS, LLC, | ) Jury Demand |
| Defendant. | ) |

Plaintiff MedEx Reviews, LLC ("MedEx Reviews") for its Complaint against MedX Global Clinical Advisors, LLC ("MedX") states and alleges as follows:

**THE PARTIES**

1. MedEx Reviews is a Texas limited liability company with offices located at 4010 Mount Vernon Avenue, Sugar Land, Texas 77479.

2. Upon information and belief, MedX is an Texas limited liability company with its principal place of business at 1911 Bagby Street, Houston, Texas 77002. MedX may be served with process through its registered agent, David Balat at 1911 Bagby Street, Houston, Texas 77002.

**JURISDICTION AND VENUE**

3. This Court has original subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121, 15 U.S.C. § 1116, 28 U.S.C. § 1331, 28 U.S.C. § 1338(a), and 28 U.S.C. § 1651, as this case arises under the Lanham (Trademark) Act, 15 U.S.C. § 1051 *et seq.* This Court has supplemental jurisdiction over the state-law claims pursuant to 28 U.S.C. § 1367, as they are so

related to the claims in the action within original jurisdiction that they form part of the same case or controversy.

4.  This Court has both general and specific personal jurisdiction over MedX as MedX has its principal place of business in this judicial district and is doing and has transacted business in this judicial district, including committing acts of trademark infringement and unfair competition as alleged herein.

5.  Venue is proper in this district pursuant to 28 U.S.C. § 1391.

**MEDEX REVIEWS' ESTABLISHED RIGHTS IN
THE MEDEX REVIEWS TRADEMARKS**

6.  MedEx Reviews offers medical expert peer reviews, independent medical examinations, compulsory medical examinations, nurse chronologists, life care plans, billing/coding specialists, and counter-affidavits. MedEx Reviews has a network of medical experts in many disciplines throughout the United States, including, but not limited to, orthopedics, neurosurgery, neuropsychology, pain management, radiology, chiropractic, and billing and coding.

7.  Since 2019, MedEx Reviews has provided its professional legal medical review and nurse advisory services in connection with its MEDEX REVIEWS mark (the "MEDEX REVIEWS Mark").

8.  It has served more than 400 clients in multiple states, partnered with over 300 independent contractors across the country, and in 2024 alone it generated millions of dollars in revenue.

9.  The MEDEX REVIEWS Mark is recognized in Texas and across the country in the medical and legal industries as signifying a top-tier provider of professional legal medical review and nurse advisory services.

10. MedEx Reviews has also made extensive use of the MEDEX REVIEWS Mark as part of its digital platform through its website at https://medexreviews.com and on LinkedIn. On both of these platforms the MEDEX REVIEWS Mark is prominently displayed and used as a source identifier of the services that MedEx Reviews offers.

11. As a result of MedEx Reviews' longstanding and continuous use and promotion of the MEDEX REVIEWS Mark in the United States, the MEDEX REVIEWS Mark has become well-known, is distinctive, and is widely recognized as a designation of the source of the services that MedEx Reviews offers.

12. As a result of MedEx Reviews' longstanding and continuous use and promotion of the MEDEX REVIEWS Mark, MedEx Reviews has developed significant and valuable goodwill and common law rights in the MEDEX REVIEWS Mark throughout the United States.

13. The MEDEX REVIEWS Mark is distinctive, and distinguishes MedEx Reviews and its services from other competitors who promote and sell professional legal medical review and nurse advisory services.

14. In addition to its valuable common law trademark rights in the MEDEX REVIEWS Mark, MedEx Reviews owns two U.S. trademark registrations a federal application for the MEDEX REVIEWS Mark and a federal application for the mark MEDEX.

15. MedEx Reviews owns U.S. Trademark Registration No. 7,585,043 for MedEx Reviews, LLC and design for use in connection with "[e]xpert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; [p]rovision of expert legal opinions" in Class 45.

16. U.S. Trademark Registration No. 7,585,043 for MedEx Reviews, LLC and design was filed on December 20, 2023, issued on December 3, 2024, and lists a date of first use of March

4, 2019. The registration is valid and subsisting and grants to MedEx Reviews the presumptive right of exclusive ownership and use in the United States. A true and correct copy of U.S. Trademark Registration No. 7,585,043 is attached hereto as Ex. A.

17. MedEx Reviews owns U.S. Trademark Registration No. 7,585,041 for MedEx Reviews and design for use in connection with "[e]xpert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; [p]rovision of expert legal opinions" in Class 45.

18. U.S. Trademark Registration No. 7,585,041 for MedEx Reviews and design was filed on December 20, 2023, issued on December 3, 2024, and lists a date of first use of March 4, 2019. The registration is valid and subsisting and grants to MedEx Reviews the presumptive right of exclusive ownership and use in the United States. A true and correct copy of U.S. Trademark Registration No. 7,585,041 is attached hereto as Ex. B.

19. MedEx Reviews owns U.S. Trademark Application No. 99/350,541 for MedEx Reviews for use in connection with "[e]xpert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; [p]rovision of expert legal opinions; . . . [e]xpert witness services in legal matters in the field of life care planning and medical cost projections" in Class 45. A true and correct copy of U.S. Trademark Application No. 99/350,541 is attached hereto as Ex. C.

20. MedEx Reviews owns U.S. Trademark Application No. 99/351,141 for MedEx for use in connection with "[e]xpert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; [e]xpert witness services in legal matters in the field of life care planning and medical cost projections; [p]rovision of expert legal opinions;

[n]otary public services" in Class 45. A true and correct copy of U.S. Trademark Application No. 99/351,141 is attached hereto as Ex. D.

21. Due to MedEx Reviews' longstanding use of its MEDEX REVIEWS Mark, consumers and the industry rely upon and look for the MEDEX REVIEWS Mark as an indication that the professional legal medical review and nurse advisory services identified by the MEDEX REVIEWS Mark originate from MedEx Reviews.

22. As a result of MedEx Reviews' long history of promotion and use—as well as the quality of the professional legal medical review and nurse advisory services that MedEx Reviews markets and sells—the MEDEX REVIEWS Mark is widely recognized throughout the United States. As a consequence, the MEDEX REVIEWS Mark symbolizes valuable goodwill and reputation.

## MEDX'S INFRINGING ACTIVITIES

23. MedX offers "a comprehensive suite of services to address healthcare complexities in legal cases, providing expert support backed by an experienced, objective network of professionals" in connection with "MEDX" at least in the Houston, Texas area:



(the "Infringing MEDX Mark").

5

24. MedX began using the Infringing MEDX Mark *after* MedEx Reviews began using the MEDEX REVIEWS Mark and name in the United States.

25. MedX filed U.S. Trademark Application No. 99/342,687 for MEDX GLOBAL CLINICAL ADVISORS and design in connection with "[c]onsulting services concerning legal matters in the medical field" on August 18, 2025.[1] A true and correct copy of U.S. Trademark Application No. 99/342,687 is attached hereto as Ex. E.

26. In that application, MedX claimed a date of first use of March 7, 2022. Thus, MedEx Reviews' use of the MEDEX REVIEWS Mark, which was no later than March 2019, significantly precedes any priority date that MedX could claim for its use of the Infringing MEDX Mark.

27. MedX's uses the Infringing MEDX Mark at least in the Houston, Texas area with full knowledge of MedEx Reviews' prior and superior rights in the MEDEX REVIEWS Mark and without regard to MedEx Reviews' objections to the same.

28. MedEx Reviews sent MedX a cease and desist letter on July 23, 2025 and followed up on August 5, 2025. A true and correct copy of the August 5, 2025 letter (attaching the July 23, 2025 letter) is attached hereto as Ex. F.

29. MedX responded on August 20, 2025, asserting that "[t]he Company's name and logo are not substantially similar to your name and logo." MedEx Reviews reiterated its cease and desist demands in an August 28, 2025 letter. To date, MedX has not responded to that letter.

30. MedX uses the Infringing MEDX Mark as part of its tradename, as a trademark, and as a domain name (https://medxglobal.com/), as well as on third party websites such as LinkedIn.

---

[1] MedEx Reviews filed a letter of protest related to MedX's application with the United States Patent and Trademark Office.

31.     The dominant portion of the MEDEX REVIEWS Mark and the Infringing MEDX Mark is nearly identical.[2] MEDEX and MEDX are phonetically identical and only differ by one letter. The similarity becomes even more apparent when considering the actual trademark use of each party.

32.     As shown by the Wayback Machine's capture of MedEx Reviews' website on June 22, 2021, MedEx Reviews was then, and still is today, using MEDEX REVIEWS as a trademark without any design:



33.     MedX uses its MEDX mark in the same manner, beginning with the Wayback Machine's earliest capture of medxglobal.net on June 4, 2024 and continuing to the present:



---

[2] "Reviews, LLC" and "Global Clinical Advisors" are both generic terms.

**ABOUT MEDX**

At MedX Global Clinical Advisors, we bridge the gap between medical expertise and legal professionals, providing comprehensive consulting services designed to navigate the complexities of healthcare and litigation. Our diverse network—including physicians, therapists, psychologists, and healthcare operations experts—ensures that expert witness services, medical reviews, life care planning, credentialing evaluations, billing assessments, accident analysis, and private investigations are handled with precision and professionalism.

We are committed to accuracy and efficiency, helping legal teams interpret medical details, provide analysis, and objective opinions. Our approach is objective and educational, offering clarity on the intricacies of healthcare—from medical services to billing practices. With hundreds of years of combined experience among our experts, we recognize that every case is unique and pride ourselves on delivering tailored expertise that meets each client's specific needs.

Let us know how we can help you today!

34. MedX uses the Infringing MEDX Mark to promote and sell products and services which are identical, overlapping, related to, or within the zone of natural expansion of those promoted and sold by MedEx Reviews.

35. Both parties prominently advertise their mark in connection with medical expert witness and related services to the same purchasers or field of purchasers, including attorneys.

36. In fact, at least one attorney was actually confused after hiring MedEx Reviews to locate an appropriate expert witness and then learning that opposing counsel had designated MedX as an expert witness. The attorney that hired MedEx Reviews thought MedEx Reviews was offering expert services to both parties, an obvious nonstarter, that temporarily damaged MedEx Reviews' reputation.

37. Similarly, ProPeer, a clinical review organization, apparently received a payment from MedX and then reached out to MedEx Reviews for additional information about the payment. Determining that ProPeer was actually confusing MedEx Reviews and MedX took significant administrative time.

38. MedX uses the Infringing MEDX Mark to promote and sell its goods and services through the same or similar trade channels as MedEx Reviews uses the MEDEX REVIEWS Mark to promote its services in connection with the MEDEX REVIEWS Mark.

39. MedX's use of the Infringing MEDX Mark is without the consent of MedEx Reviews.

40. MedX's use of the Infringing MEDX Mark, and variations thereof, as a tradename, trademark, and domain name is likely to cause consumer confusion, mistake or deception with MedEx Reviews and the MEDEX REVIEWS Mark.

41. MedX's infringing conduct, described herein, is likely to cause confusion, to cause mistake, and/or to deceive consumers, at least as to some affiliation, connection, or association of MedX with MedEx Reviews, or as to the origin, sponsorship, or approval of the products and/or services of MedX by MedEx Reviews.

42. MedX's infringing conduct, described herein, falsely indicates to consumers that the MedX's goods and services are affiliated, connected, or associated with MedEx Reviews, or are sponsored, endorsed, or approved by MedEx Reviews, or are in some manner related to MedEx Reviews.

43. MedX's infringing conduct, described herein, enables MedX to trade on and receive the benefit of MedEx Reviews' goodwill in the MEDEX REVIEWS Mark, which has been built up at great labor and expense by MedEx Reviews almost a decade. MedX's use of the Infringing MEDX Mark in the manner described above also enables MedX to gain acceptance for its goods and/or services, not solely on their own merits, but on the reputation and goodwill of MedEx Reviews and the MEDEX REVIEWS Mark.

44. MedX's infringing conduct, described herein, prevents MedEx Reviews from controlling the nature and quality of goods and/or services provided as a result of those uses and places the valuable reputation and goodwill of the MEDEX REVIEWS Mark in the hands of MedX, over whom MedEx Reviews has no control.

45. As described above, despite the relatively short period of co-existence, MedX's use of the Infringing MEDX Mark, and variations thereof, has already caused actual confusion.

46. MedX has actual notice of the actual confusion described above.

47. Upon information and belief, MedX has not modified, limited, or changed its use of the Infringing MEDX Mark at all in response to the instance of actual confusion described above.

48. Despite being on constructive and actual notice of MedEx Reviews' prior rights in the MEDEX REVIEWS Mark, having knowledge of the actual confusion caused by MedX's use of the Infringing MEDX Mark, and receiving multiple cease and desist letters, MedX has refused to cease use of the Infringing MEDX Mark, continuing to promote and sell its goods and services in connection with the Infringing MEDX Mark, necessitating the present Complaint.

49. MedX's unlawful infringement of the MEDEX REVIEWS Mark has caused irreparable harm to MedEx Reviews' reputation and goodwill.

50. MedEx Reviews will continue to suffer irreparable injury to its reputation and goodwill unless MedX is enjoined from continuing the conduct complained of, which injury cannot be adequately compensated monetarily.

51. As long as MedX is allowed to continue the acts complained of, MedEx Reviews' reputation and goodwill in the MEDEX REVIEWS Mark will continue to be damaged.

52. MedX's use of the Infringing MEDX Mark has been in bad faith and with a willful disregard of MedEx Reviews' rights in the MEDEX REVIEWS Mark.

## FIRST COUNT
**(Infringement Of Federally Registered Trademarks, 15 U.S.C. § 1114)**

53. MedEx Reviews re-alleges and incorporates by reference the preceding paragraphs as if fully stated herein.

54. The acts of MedX complained of herein constitute infringement of MedEx Reviews' registered MEDEX REVIEWS Mark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

55. MedEx Reviews is the exclusive owner of the federally registered MEDEX REVIEWS Mark.

56. MedEx Reviews' registered MEDEX REVIEWS Mark is inherently distinctive.

57. MedEx Reviews' registered MEDEX REVIEWS Mark identifies MedEx Reviews as the exclusive source of services offered in connection with the MEDEX REVIEWS Mark and, therefore, the registered MEDEX REVIEWS Mark has also acquired distinctiveness.

58. MedX's use of the Infringing MEDX Mark, and variations thereof, in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products and services, as alleged, herein, is causing, and is likely to continue to cause, consumer confusion, mistake, and/or deception about whether MedX is MedEx Reviews, and/or whether MedX is a licensee, authorized distributor, and/or affiliate of MedEx Reviews.

59. MedX's use of the Infringing MEDX Mark, and variations thereof, in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products and services, as alleged herein is causing, and is likely to continue to cause, consumer confusion, mistake, and/or deception about whether MedX and/or MedX's products and services

originate with, and/or are sponsored or approved by, and/or offered under a license from, MedEx Reviews, or vice versa.

60. Upon information and belief, MedX had constructive and actual knowledge of MedEx Reviews' superior and prior rights in and to the registered MEDEX REVIEWS Mark when MedX adopted, used, and continued to use the Infringing MEDX Mark, and variations thereof, as part of its bad-faith scheme to confuse and deceive consumers, as alleged herein.

61. Upon information and belief, MedX adopted and used the Infringing MEDX Mark, and variations thereof, in furtherance of MedX's willful, deliberate, and bad-faith scheme to trade upon the extensive consumer goodwill, reputation, fame, and commercial success of products and services that MedEx Reviews offers in connection with the registered MEDEX REVIEWS Mark.

62. As a result of MedX's conduct, there has been actual consumer confusion as to MedX's association, affiliation and/or relationship with MedEx Reviews and MedEx Reviews' services offered in connection with the MEDEX REVIEWS Mark.

63. Upon information and belief, MedX has made, and will continue to make, substantial profits and gain from its unauthorized conduct to which MedX is not entitled at law or in equity.

64. As a result of MedX's actions, MedEx Reviews has been and is being injured and is entitled to recover compensatory damages and to receive injunctive relief prohibiting MedX from further use of the Infringing MEDX Mark in commerce in any manner.

65. MedEx Reviews has suffered, and will continue to suffer, irreparable harm from MedX's acts and conduct complained of herein, unless restrained by law.

66. MedEx Reviews has no adequate remedy at law.

67. The acts of MedX complained of herein have been willful and in bad faith, making this an exceptional case within the meaning of 15 U.S.C. § 1117(a).

## SECOND COUNT
### (Federal Unfair Competition, 15 U.S.C. § 1125(a)(1)(A))

68. MedEx Reviews re-alleges and incorporates by reference the preceding paragraphs as if fully stated herein.

69. The acts of MedX complained of herein constitute unfair competition, false endorsement, false association, and/or false designation of origin, in violation of 15 U.S.C. § 1125(a)(1)(A). Specifically, Defendant's use of the Infringing MEDX Mark and variations thereof is likely to cause confusion, and to cause mistake, and to deceive customers and potential customers as to the affiliation, connection, or association of MedX with MedEx Reviews.

70. MedX has deceived, misled, and confused customers as to its association with MedEx Reviews, and in doing so has traded off of MedEx Reviews' reputation and goodwill.

71. As a result of MedX's conduct, there has been actual consumer confusion as to MedX's association, affiliation and/or relationship with MedEx Reviews and MedEx Reviews' services offered in connection with the MEDEX REVIEWS Mark.

72. MedEx Reviews has suffered, and will continue to suffer, irreparable harm from MedX's acts and conduct complained of herein, unless restrained by law.

73. MedEx Reviews has no adequate remedy at law.

74. As a result of MedX's conduct, MedEx Reviews was injured and is entitled to recover compensatory damages and to receive injunctive relief prohibiting MedX from further use of the Infringing MEDX Mark in commerce in any manner.

## THIRD COUNT
### (Common Law Trademark Infringement)

75. MedEx Reviews re-alleges and incorporates by reference the preceding paragraphs as if fully stated herein.

76. The MEDEX REVIEWS Mark is eligible for trademark protection under Texas common law.

77. The acts of MedX complained of herein constitute trademark infringement in violation of the common law of the State of Texas and the common law of other States in which MedX is conducting its activities, if any.

78. As a result of MedX's conduct, there has been actual consumer confusion as to MedX's association, affiliation and/or relationship with MedEx Reviews and MedEx Reviews' services offered in connection with the MEDEX REVIEWS Mark.

79. Upon information and belief, MedX has made, and will continue to make, substantial profits and gain from its unauthorized conduct to which MedX is not entitled at law or in equity.

80. MedEx Reviews has suffered, and will continue to suffer, irreparable harm from MedX's acts and conduct complained of herein, unless restrained by law.

81. MedEx Reviews has no adequate remedy at law.

82. As a result of MedX's conduct, MedEx Reviews was injured and is entitled to recover compensatory damages and to receive injunctive relief prohibiting MedX from further use of the Infringing MEDX Mark in commerce in any manner.

## FOURTH COUNT
### (Unfair Competition Under Texas Law)

83. MedEx Reviews re-alleges and incorporates by reference the preceding paragraphs as if fully stated herein.

84. MedEx Reviews created its services through extensive time, labor, skill, and money.

85. MedX has intentionally and in bad faith misappropriated the goodwill and reputation of that which MedEx Reviews has created in the MEDEX REVIEWS Mark.

86. As a result of MedX's conduct, there has been actual consumer confusion as to MedX's association, affiliation and/or relationship with MedEx Reviews and MedEx Reviews' goods and services offered in connection with the MEDEX REVIEWS Mark.

87. As a result of MedX's conduct, when the public purchases goods or services from MedX, they believe they are purchasing goods or services from MedEx Reviews. Accordingly, MedX's conduct cheats the public into buying something it is not getting (*i.e.*, a MedEx Reviews good or service).

88. Upon information and belief, MedX has made, and will continue to make, substantial profits and gain from its unauthorized and bad faith conduct to which MedX is not entitled at law or in equity.

89. MedEx Reviews has suffered, and will continue to suffer, irreparable harm from MedX's acts and conduct complained of herein, unless restrained by law.

90. MedEx Reviews has no adequate remedy at law.

91. As a result of MedX's conduct, MedEx Reviews was injured and is entitled to recover compensatory damages and to receive injunctive relief prohibiting MedX from further use of the Infringing MEDX Mark or any other deceptive act or practice related to use of the Infringing MEDX Mark.

**UNJUST ENRICHMENT**

92.     MedEx Reviews re-alleges and incorporates by reference the preceding paragraphs as if fully stated herein.

93.     With full knowledge of MedEx Reviews' rights in the MEDEX REVIEWS Mark, MedX has, without any authorization or consent, used and continued to profit unjustly from the use of "MedEx Reviews."

94.     MedEx Reviews is entitled to: an accounting of MedX's profits and an equitable disgorgement of the amount of same as a result of MedX's unauthorized use of the Infringing MEDX Mark and its infringement of the MEDEX REVIEWS Mark.

**PRAYER FOR RELIEF**

**WHEREFORE**, MedEx Reviews prays for relief against MedX as follows:

A.     Entry of preliminary and permanent injunctions enjoining MedX and its servants, agents, employees, successors and assigns, and all persons acting in concert with them, from using in any manner the Infringing MEDX Mark trade name or trademark or any other trade name, trademark or other source identifier confusingly similar to the MEDEX REVIEWS Mark, including abandoning U.S. Trademark Application No. 99/342,687;

B.     Ordering MedX to deliver up to MedEx Reviews for destruction all products, goods, signs, advertisements, literature, business forms, cards, labels, packages, wrappers, pamphlets, brochures, receptacles, and any other written or printed material in their possession or under its control which contain or encompass the Infringing MEDX Mark trade name, trademark, or other source identifiers; the MEDEX REVIEWS Mark, any colorable imitations thereof, or any marks, names, or source identifiers confusingly similar to the MEDEX REVIEWS Mark; or which contain any false or misleading representation of fact;

C. Awarding compensatory damages sustained by MedEx Reviews and profits generated by MedX as a result of the acts complained of herein pursuant to federal and state law, to be trebled in accordance with 15 U.S.C. § 1117;

D. Awarding MedEx Reviews its attorneys' fees pursuant to 15 U.S.C. § 1117 and other applicable federal and state laws; and

E. Awarding MedEx Reviews interest, costs, and such other relief as the Court may deem just and equitable or as permitted under federal or state law.

## JURY DEMAND

MedEx Reviews hereby demands a trial by a jury of all issues so triable.

Dated: September 24, 2025

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ J. Devin Wagner*
J. Devin Wagner
Federal ID No. 2433520
State Bar No. 24090451
devin.wagner@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010
(713) 651-5151 - Phone
(713) 651-5246 - Fax

Felicia Boyd (seeking admission *pro hac vice*)
MN Bar No. 0186168
felicia.boyd@nortonrosefulbright.com
60 South Sixth Street, Suite 3100
Minneapolis, MN  55402
(612) 321-2206

***Counsel for Plaintiff MedEx Reviews, LLC***