| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-09-24 14:53:39 EDT |
| **Mark:** | MEDEX REVIEWS |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 98323422 | **Application Filing Date:** | Dec. 20, 2023 |
| **US Registration Number:** | 7585041 | **Registration Date:** | Dec. 03, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Dec. 03, 2024 | | |
| **Publication Date:** | Sep. 10, 2024 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MEDEX REVIEWS |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of an outline of a circle with a cardiac rhythm wave inside. Below the circle are the words "MEDEX REVIEWS" in stylized text. The word "MEDEX" is stacked on top of the word "REVIEWS.". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "REVIEWS" |
| **Design Search Code(s):** | 17.07.25 - Electrogram measurement lines in zig-zag or wave shapes, such as those created by EEG brain wave sensors; EKG heartbeat monitors, oscilloscopes, and seismographs; Other measuring instruments and readouts, including seismographs, Geiger counters, metal detectors, oscilloscopes, and electrograms like EKGs (heart rate)<br>26.01.02 - Circles with plain outline not used as carriers or borders |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Provision of expert legal opinions | | |
| **International Class(es):** | 045 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |

| | | | |
|---|---|---|---|
| **First Use:** | Mar. 04, 2019 | **Use in Commerce:** | Mar. 04, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | MedEx Reviews, LLC |
| **Owner Address:** | 4010 Mount Vernon Ave. Sugar Land, TEXAS UNITED STATES 77479 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | TEXAS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Ari Pramudji | **Docket Number:** | MEDX0001 |
| **Attorney Primary Email Address:** | ari.pramudji@pro-ip.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Ari Pramudji<br>Pramudji Law Group PLLC<br>800 Gessner Rd., Ste. 975<br>Houston, TEXAS United States 77024 |
| **Phone:** | 713-468-4600 |
| **Correspondent e-mail:** | ari.pramudji@pro-ip.com paralegal@pro-ip.com sarah.frankfort@pro-ip.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 03, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Dec. 03, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 10, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 10, 2024 | PUBLISHED FOR OPPOSITION | |
| Aug. 21, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 06, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 30, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 30, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 30, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 23, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 23, 2024 | NON-FINAL ACTION E-MAILED | |
| Jul. 23, 2024 | NON-FINAL ACTION WRITTEN | |
| Jul. 18, 2024 | ASSIGNED TO EXAMINER | 99082 |
| May 28, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 28, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 28, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 02, 2024 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Apr. 02, 2024 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Apr. 02, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

Dec. 20, 2023    NEW APPLICATION ENTERED

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA)　　　**Date in Location:** Dec. 03, 2024

# United States of America
### United States Patent and Trademark Office



**Reg. No. 7,585,041**

**Registered Dec. 03, 2024**

**Int. Cl.: 45**

**Service Mark**

**Principal Register**

MedEx Reviews, LLC  (Texas LIMITED LIABILITY COMPANY)
4010 Mount Vernon Ave.
Sugar Land, TEXAS 77479

CLASS 45: Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Provision of expert legal opinions

FIRST USE 3-4-2019; IN COMMERCE 3-4-2019

The mark consists of an outline of a circle with a cardiac rhythm wave inside. Below the circle are the words "MEDEX REVIEWS" in stylized text. The word "MEDEX" is stacked on top of the word "REVIEWS.".

No claim is made to the exclusive right to use the following apart from the mark as shown: "REVIEWS"

SER. NO. 98-323,422, FILED 12-20-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.