| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-09-24 14:56:19 EDT |
| **Mark:** | MEDEX REVIEWS |

MEDEX REVIEWS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 99350541 | **Application Filing Date:** | Aug. 21, 2025 |
| **generalStatus.filedAsBaseApp!:** | ! Yes Yes | **generalStatus.currentlyAsBaseApp!:** | ! |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Awaiting Examination The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. | |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| **Status Date:** | Aug. 21, 2025 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MEDEX REVIEWS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "REVIEWS" |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 7585041, 7585043 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Provision of expert legal opinions; Expert witness services in legal matters in the field of life care planning and medical cost projections | | |
| **International Class(es):** | 045 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Mar. 04, 2019 | **Use in Commerce:** | Mar. 04, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

| | | | |
|---|---|---|---|
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | MedEx Reviews, LLC |
| **Owner Address:** | 3536 Hwy 6 South, #271<br>Sugar Land, TEXAS UNITED STATES 77478 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | TEXAS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Felicia J. Boyd | **Docket Number:** | MEDX.T0007US |
| **Attorney Primary Email Address:** | brandsNRFUS@nortonrosefulbright.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Felicia J. Boyd<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TEXAS United States 78701 |
| **Phone:** | 1-(612) 321-2800 |
| **Correspondent e-mail:** | brandsNRFUS@nortonrosefulbright.com mplsbrandsteam02@nortonrosefulbright.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 23, 2025 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | |
| Sep. 23, 2025 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 21, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Aug. 21, 2025 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | Not Found | **Date in Location:** | Not Found |

PTO- 1966
Approved for use through 01/31/2027. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Voluntary Amendment

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 99350541 |
| **MARK SECTION** | |
| MARK | mark |
| LITERAL ELEMENT | MEDEX REVIEWS |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 045 |
| DESCRIPTION | |
| Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Provision of expert legal opinions; Notary public services; Expert witness services in legal matters in the field of life care planning and medical cost projections | |
| FILING BASIS | Section 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 03/04/2019 |
|     FIRST USE IN COMMERCE DATE | At least as early as 03/04/2019 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 045 |
| TRACKED TEXT DESCRIPTION | |
| Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Provision of expert legal opinions; ~~Notary public services~~; Expert witness services in legal matters in the field of life care planning and medical cost projections | |
| FINAL DESCRIPTION | |
| Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Provision of expert legal opinions; Expert witness services in legal matters in the field of life care planning and medical cost projections | |
| FILING BASIS | Section 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 03/04/2019 |
|     FIRST USE IN COMMERCE DATE | At least as early as 03/04/2019 |
|     WEBPAGE URL | None Provided |
|     WEBPAGE DATE OF ACCESS | None Provided |
| **ATTORNEY INFORMATION (current)** | |
| NAME | Felicia J. Boyd |

| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
|---|---|
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Norton Rose Fulbright US LLP |
| STREET | 98 San Jacinto Boulevard, Suite 1100 |
| CITY | Austin |
| STATE | Texas |
| POSTAL CODE | 78701 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 1-(612) 321-2800 |
| EMAIL | mnipdocket@nortonrosefulbright.com |
| **ATTORNEY INFORMATION (proposed)** | |
| NAME | Felicia J. Boyd |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Norton Rose Fulbright US LLP |
| STREET | 98 San Jacinto Boulevard, Suite 1100 |
| CITY | Austin |
| STATE | Texas |
| POSTAL CODE | 78701 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 1-(612) 321-2800 |
| EMAIL | brandsNRFUS@nortonrosefulbright.com |
| DOCKET/REFERENCE NUMBER | MEDX.T0007US |
| OTHER APPOINTED ATTORNEY | Kaylee A. Sill; Nathan W. Mannebach; Jeff Hajdin; Stephanie A. Schmidt; Andrea K. Shannon; Timothy M. Kenny; Alesha M. Dominique; Ani H. Galoyan; Johanna Schmitt; Adam C. Rehm; Yan Sun and all other attorneys of Norton Rose Fulbright US LLP |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | Felicia J. Boyd |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | mnipdocket@nortonrosefulbright.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mplsbrandsteam02@nortonrosefulbright.com |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Felicia J. Boyd |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | brandsNRFUS@nortonrosefulbright.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mplsbrandsteam02@nortonrosefulbright.com |
| DOCKET/REFERENCE NUMBER | MEDX.T0007US |
| **PAYMENT SECTION** | |

| | |
|---|---|
| **TOTAL FEES DUE** | The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a fee payment. |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /Felicia J. Boyd/ |
| **SIGNATORY'S NAME** | Felicia J. Boyd |
| **SIGNATORY'S POSITION** | Attorney of record, Minnesota bar member |
| **SIGNATORY'S PHONE NUMBER** | 612-321-2800 |
| **DATE SIGNED** | 09/08/2025 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Sep 23 17:30:20 ET 2025 |
| **TEAS STAMP** | USPTO/PRA-XXX.XXX.XX.XX-2 0250923173020346845-99350 541-910d15674f95b6694d894 9fb512915e3fedf1682a2034a eb175f67cafabb6d89b-N/A-N /A-20250923152916124304 |

PTO- 1966
Approved for use through 01/31/2027. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Voluntary Amendment

## To the Commissioner for Trademarks:

Application serial no. **99350541** MEDEX REVIEWS(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/99350541/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following:**

**Current:**
Class 045 for Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Provision of expert legal opinions; Notary public services; Expert witness services in legal matters in the field of life care planning and medical cost projections
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 03/04/2019 and first used in commerce at least as early as 03/04/2019 , and is now in use in such commerce.

**Proposed:**

**Tracked Text Description:** Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Provision of expert legal opinions; ~~Notary public services~~; Expert witness services in legal matters in the field of life care planning and medical cost projections

Class 045 for Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis;

Provision of expert legal opinions; Expert witness services in legal matters in the field of life care planning and medical cost projections
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 03/04/2019 and first used in commerce at least as early as 03/04/2019 , and is now in use in such commerce.

Webpage URL: None Provided
Webpage Date of Access: None Provided

The owner's/holder's current attorney information: Felicia J. Boyd. Felicia J. Boyd of Norton Rose Fulbright US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

   98 San Jacinto Boulevard, Suite 1100
   Austin, Texas 78701
   United States
   The phone number is 1-(612) 321-2800.
   The email address is mnipdocket@nortonrosefulbright.com

The owner's/holder's proposed attorney information: Felicia J. Boyd. Other appointed attorneys are Kaylee A. Sill; Nathan W. Mannebach; Jeff Hajdin; Stephanie A. Schmidt; Andrea K. Shannon; Timothy M. Kenny; Alesha M. Dominique; Ani H. Galoyan; Johanna Schmitt; Adam C. Rehm; Yan Sun and all other attorneys of Norton Rose Fulbright US LLP. Felicia J. Boyd of Norton Rose Fulbright US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

   98 San Jacinto Boulevard, Suite 1100
   Austin, Texas 78701
   United States
The docket/reference number is MEDX.T0007US.
   The phone number is 1-(612) 321-2800.
   The email address is brandsNRFUS@nortonrosefulbright.com

Felicia J. Boyd submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
   Felicia J. Boyd
   PRIMARY EMAIL FOR CORRESPONDENCE: mnipdocket@nortonrosefulbright.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mplsbrandsteam02@nortonrosefulbright.com

**Correspondence Information (proposed)**
   Felicia J. Boyd
   PRIMARY EMAIL FOR CORRESPONDENCE: brandsNRFUS@nortonrosefulbright.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mplsbrandsteam02@nortonrosefulbright.com

The docket/reference number is MEDX.T0007US.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).


The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a fee payment.
**SIGNATURE(S)**
**Voluntary Amendment Signature**
Signature: /Felicia J. Boyd/   Date: 09/08/2025
Signatory's Name: Felicia J. Boyd
Signatory's Position: Attorney of record, Minnesota bar member

Signatory's Phone Number: 612-321-2800 Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or

an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   Felicia J. Boyd
  Norton Rose Fulbright US LLP

  98 San Jacinto Boulevard, Suite 1100
  Austin, Texas 78701
Mailing Address:   Felicia J. Boyd
  Norton Rose Fulbright US LLP
  98 San Jacinto Boulevard, Suite 1100
  Austin, Texas 78701

Serial Number: 99350541
Internet Transmission Date: Tue Sep 23 17:30:20 ET 2025
TEAS Stamp: USPTO/PRA-XXX.XXX.XX.XX-2025092317302034
6845-99350541-910d15674f95b6694d8949fb51
2915e3fedf1682a2034aeb175f67cafabb6d89b-
N/A-N/A-20250923152916124304

## Trademark/service mark application, Principal Register

Serial number: 99350541  
Mark: MEDEX REVIEWS  
Mark format: Standard character  
Filing date: August 21, 2025 at 5:37:12 PM ET  
Docket number:  
Owner name: MedEx Reviews, LLC  
Amount paid: $ 350 (1 class)

# Trademark details

### Mark
MEDEX REVIEWS

### Mark Format
**Standard character**  
The mark consists of standard characters, without claim to any particular font style, size, or color.

# Owner information

| | |
|---|---|
| *Name | MedEx Reviews, LLC |
| Entity type | Limited liability company |
| Place of organization/citizenship | Texas |
| **Mailing address information** | |
| *Address line 1 | 3536 Hwy 6 South, #271 |
| *City | Sugar Land |
| *State/territory | Texas |
| *Zip/postal code | 77478 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| **Domicile address information** | |

The mailing address is the same as the owner's domicile address.

# Goods and services

### Filing basis information
Section 1(a)

### Identification of goods and services

**International Class 045**  
Filing basis: Section 1(a)  
Expert witness services in legal matters in the field of **specialized medical experts offering clinical peer reviews and case analysis**; Provision of expert legal opinions; Notary public services; Expert witness services in legal matters in the field of **life care planning and medical cost projections**

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 03/04/2019 |
| First use in commerce date | At least as early as 03/04/2019 |
| Specimen file name | MEDEX REVIEWS - Specimen.pdf |
| URL | https://medexreviews.com/#services |
| Date of access | 08/21/2025 |
| Description | a screenshot of applicant's webpage |

# Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | The applicant claims ownership of active prior U.S. Registration No(s). 7585043 and 7585041. |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | |

| | |
|---|---|
| Significance of mark | |
| Disclaimer | No claim is made to the exclusive right to use REVIEWS, apart from the mark as shown. |

## Attorney information

### Attorney name and address

| | |
|---|---|
| *Name | Felicia J. Boyd |
| Law firm | Norton Rose Fulbright US LLP |
| *Address line 1 | 98 San Jacinto Boulevard, Suite 1100 |
| *City | Austin |
| *State/territory | Texas |
| *Zip/postal code | 78701 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | mnipdocket@nortonrosefulbright.com |
| Primary telephone number | (612) 321-2800 |
| Extension | None specified. |

### Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | ******* |
| *Jurisdiction | ******* |
| *Year of admission | ******* |

### Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

### Additional appointed attorneys

Kaylee A. Sill; Nathan W. Mannebach; Jeff Hajdin; Stephanie A. Schmidt; Andrea K. Shannon; Timothy M. Kenny; Alesha M. Dominique; Ani H. Galoyan; Johanna Schmitt; Adam C. Rehm; Yan Sun and all other attorneys of Norton Rose Fulbright US LLP

### Docket or reference number

## Correspondence information

| | |
|---|---|
| *Correspondence name | Felicia J. Boyd |
| *Primary correspondence email address | mnipdocket@nortonrosefulbright.com |
| Courtesy copy email addresses | mplsbrandsteam02@nortonrosefulbright.com |

## Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 1 |
| Base application fee, per class | $ 350 |
| Total fees paid | $ 350 |

## Declaration and signature

### Declaration

[ X ] Basis:
If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):
- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or
If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):
- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and

- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Electronic Signature | /Denise Selbst/ |
| Signatory's name | Denise Selbst |
| Signatory's position | Managing Owner |
| Date signed | 08/21/2025 |
| Signature method | Electronic signature emailed to third party |

STAMP:USPTO/APPB-***.**.*.**-20250821173712421-99350541-17.1-45ce66a6-9a88-494f-8398-3fa469660242-CARD-20250402152746347584

# MEDEX REVIEWS

Page 1 / Date Captured 21 August 2025
MedEx Reviews, LLC
https://medexreviews.com/#services

# MedEx Reviews, LLC

- Extensive network of Doctors/Medical Experts
- CMEs/IMEs
- Medical Record Reviews
- Nurse Chronology Services
- Life Care Planners
- Billing/Coding Specialists

*Clinical peer reviews and case analysis.*



## About



MedEx Reviews, LLC provides medical expert peer reviews, CME/IME's, nurse chronologists, life care plans, billing/coding specialist and counter-affidavits. Let our team take care of the hassle of connecting top-tier medical experts to your case. Count on us for our reputable, experienced, and clinically active medical experts throughout the United States.

We provide personalized customer service, with local experts.

## Benefits with MedEx Reviews

 **Personalized Customer Service**
Each of our services can be customized to fit your needs.

 **Local Staff**
We understand the importance of having local staff readily available.

 **Efficient Process**
We have several years of experience in the legal-medical field.

**Rapid Response Time**
We are readily available all day, everyday. It is important to us that you have the necessary information right away.

 **Counter-Affidavits**
We are qualified to provide counter-affidavits for your case.

 **Notarized Documents**
Necessary documents can be notarized.

## Services



Many Experts are available to serve our client's needs at all times!

MedEx Reviews maintains a strong network of medical experts in many diciplines throughout the United States.

| | | |
|---|---|---|
| Anesthesiology | Infectious Disease | Pathology |
| Billing/Code Specialist | Internal Medicine | Pediatrics |
| Biomedical Engineering | Life Care Planning/Vocational Therapy | Pharmacology |
| Cardiology | Neurology | Podiatry |
| Chiropractic | Neuropsychology | Radiology |
| Economist | Obstetrics | Toxicology |
| Emergency Medicine | Optometry | Urology |
| Family Medicine | Orthopedics | |
| General Surgery | Pain Management | |

Page 2 / Date Captured 21 August 2025
MedEx Reviews, LLC
https://medexreviews.com/#services

# Contact Us

### Denise Selbst
Managing Owner



Denise Selbst is the Co-Founder and Managing Owner of Medex Reviews LLC. The firm was founded in 2018 and specializes in providing medical expert peer reviews and counter-affidavits. A veteran of the recruitment and staffing industry since 1996, Denise has held various sales, marketing, human resources, and management roles. Denise is a 1990 graduate of Hofstra University where she earned a degree in Business Management. She currently resides in Sugar Land Texas, with her husband who she has been married to since 1994, and is a mother of two.

Email: Denise@MedExReviews.com
Mobile: (713) 906-5399

### Lana Frazier, RN-LNC
Managing Owner

Lana Frazier, RN-LNC was an LVN from 2001-2004 and in 2004 obtained her RN license. She has worked in just about all fields of nursing including Med-Surg, L&D, ER, Nursery, Hospice, Home Health, Nursing Home Charge Nurse, and Family Practice clinics. In 2018 she obtained a legal nurse certification. She has been working in a legal nurse capacity since 2018. She is also the Co-founder and one of the managing owners of Medex Reviews, LLC. She has been married to her husband since 2001 and has 4 children.

Email: Lana@MedExReviews.com
Mobile: (806) 891-0603



### GET IN TOUCH

**MedEx Reviews, LLC**
Mailing Address
3536 HWY 6 South, #271
Sugar Land, TX 77478
Phone:
713-823-9551
Email:
info@medexreviews.com

### FOR MORE INFO

Enter email

Send

Copyright © 2020 MedEx Reviews, LLC. All rights reserved.