| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-09-24 14:55:53 EDT |
| **Mark:** | MEDEX |

# MEDEX

| | | | |
|---|---|---|---|
| **US Serial Number:** | 99351141 | **Application Filing Date:** | Aug. 21, 2025 |

**generalStatus.filedAsBaseApp!:** ! Yes

Yes

**generalStatus.currentlyAsBaseApp!:** !

| | |
|---|---|
| **Register:** | Principal |
| **Mark Type:** | Service Mark |
| **TM5 Common Status Descriptor:** | |

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

| | |
|---|---|
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. |
| **Status Date:** | Aug. 21, 2025 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MEDEX |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 7585041, 7585043 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Expert witness services in legal matters in the field of life care planning and medical cost projections; Provision of expert legal opinions |
| **International Class(es):** | 045 - Primary Class |
| **Class Status:** | ACTIVE |

**U.S Class(es):** 100, 101

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** MedEx Reviews, LLC

**Owner Address:** 3536 Hwy 6 South, #271
Sugar Land, TEXAS UNITED STATES 77478

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** TEXAS

# Attorney/Correspondence Information

| Attorney of Record | |
|---|---|
| **Attorney Name:** Felicia J. Boyd | **Docket Number:** MEDX.T0008US |
| **Attorney Primary Email Address:** brandsNRFUS@nortonrosefulbright.com | **Attorney Email Authorized:** Yes |

| Correspondent | |
|---|---|
| **Correspondent Name/Address:** Felicia J. Boyd<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TEXAS United States 78701 | |
| **Phone:** 1-(612) 321-2800 | |
| **Correspondent e-mail:** brandsNRFUS@nortonrosefulbright.com mplsbrandsteam02@nortonrosefulbright.com | **Correspondent e-mail Authorized:** Yes |

Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 23, 2025 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | |
| Sep. 23, 2025 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 21, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Aug. 21, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** | **Law Office Assigned:** Not Assigned |

| File Location | |
|---|---|
| **Current Location:** Not Found | **Date in Location:** Aug. 22, 2025 |

PTO- 1966
Approved for use through 01/31/2027. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Voluntary Amendment

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 99351141 |
| **MARK SECTION** | |
| **MARK** | mark |
| **LITERAL ELEMENT** | MEDEX |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 045 |
| **DESCRIPTION** | |
| Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Expert witness services in legal matters in the field of life care planning and medical cost projections; Provision of expert legal opinions; Notary public services | |
| **FILING BASIS** | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 045 |
| **TRACKED TEXT DESCRIPTION** | |
| Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Expert witness services in legal matters in the field of life care planning and medical cost projections; Provision of expert legal opinions; ~~Notary public services~~ | |
| **FINAL DESCRIPTION** | |
| Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Expert witness services in legal matters in the field of life care planning and medical cost projections; Provision of expert legal opinions | |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | Felicia J. Boyd |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Norton Rose Fulbright US LLP |

| | |
|---|---|
| STREET | 98 San Jacinto Boulevard, Suite 1100 |
| CITY | Austin |
| STATE | Texas |
| POSTAL CODE | 78701 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 1-(612) 321-2800 |
| EMAIL | mplsbrandsteam02@nortonrosefulbright.com |
| **ATTORNEY INFORMATION (proposed)** | |
| NAME | Felicia J. Boyd |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Norton Rose Fulbright US LLP |
| STREET | 98 San Jacinto Boulevard, Suite 1100 |
| CITY | Austin |
| STATE | Texas |
| POSTAL CODE | 78701 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 1-(612) 321-2800 |
| EMAIL | brandsNRFUS@nortonrosefulbright.com |
| DOCKET/REFERENCE NUMBER | MEDX.T0008US |
| OTHER APPOINTED ATTORNEY | Kaylee A. Sill; Nathan W. Mannebach; Jeff Hajdin; Stephanie A. Schmidt; Andrea K. Shannon; Timothy M. Kenny; Alesha M. Dominique; Ani H. Galoyan; Johanna Schmitt; Adam C. Rehm; Yan Sun and all other attorneys of Norton Rose Fulbright US LLP |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | Felicia J. Boyd |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | mplsbrandsteam02@nortonrosefulbright.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Felicia J. Boyd |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | brandsNRFUS@nortonrosefulbright.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mplsbrandsteam02@nortonrosefulbright.com |
| DOCKET/REFERENCE NUMBER | MEDX.T0008US |
| **PAYMENT SECTION** | |
| TOTAL FEES DUE | The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a fee payment. |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /Felicia J. Boyd/ |

| SIGNATORY'S NAME | Felicia J. Boyd |
|---|---|
| SIGNATORY'S POSITION | Attorney of record, Minnesota bar member |
| SIGNATORY'S PHONE NUMBER | 612-321-2800 |
| DATE SIGNED | 09/23/2025 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Sent to third party for signature |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Sep 23 17:29:24 ET 2025 |
| TEAS STAMP | USPTO/PRA-XXX.XXX.XX.XX-2 0250923172924403793-99351 141-910f52ef285c88deb0fc7 82b291d54ecf08464fb4b95d0 e32d9e6792981b449136-N/A-N/A-20250923153253057639 |

PTO- 1966
Approved for use through 01/31/2027. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Voluntary Amendment

## To the Commissioner for Trademarks:

Application serial no. **99351141** MEDEX(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/99351141/large) has been amended as follows:

### CLASSIFICATION AND LISTING OF GOODS/SERVICES

**Applicant proposes to amend the following:**

**Current:**
Class 045 for Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Expert witness services in legal matters in the field of life care planning and medical cost projections; Provision of expert legal opinions; Notary public services
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:**

**Tracked Text Description:** Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Expert witness services in legal matters in the field of life care planning and medical cost projections; Provision of expert legal opinions; ~~Notary public services~~

Class 045 for Expert witness services in legal matters in the field of specialized medical experts offering clinical peer reviews and case analysis; Expert witness services in legal matters in the field of life care planning and medical cost projections; Provision of expert legal opinions

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

The owner's/holder's current attorney information: Felicia J. Boyd. Felicia J. Boyd of Norton Rose Fulbright US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    98 San Jacinto Boulevard, Suite 1100
    Austin, Texas 78701
    United States
    The phone number is 1-(612) 321-2800.
    The email address is mplsbrandsteam02@nortonrosefulbright.com

The owner's/holder's proposed attorney information: Felicia J. Boyd. Other appointed attorneys are Kaylee A. Sill; Nathan W. Mannebach; Jeff Hajdin; Stephanie A. Schmidt; Andrea K. Shannon; Timothy M. Kenny; Alesha M. Dominique; Ani H. Galoyan; Johanna Schmitt; Adam C. Rehm; Yan Sun and all other attorneys of Norton Rose Fulbright US LLP. Felicia J. Boyd of Norton Rose Fulbright US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    98 San Jacinto Boulevard, Suite 1100
    Austin, Texas 78701
    United States
The docket/reference number is MEDX.T0008US.
    The phone number is 1-(612) 321-2800.
    The email address is brandsNRFUS@nortonrosefulbright.com

Felicia J. Boyd submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
    Felicia J. Boyd
    PRIMARY EMAIL FOR CORRESPONDENCE: mplsbrandsteam02@nortonrosefulbright.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed)**
    Felicia J. Boyd
    PRIMARY EMAIL FOR CORRESPONDENCE: brandsNRFUS@nortonrosefulbright.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mplsbrandsteam02@nortonrosefulbright.com

The docket/reference number is MEDX.T0008US.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a fee payment.
**SIGNATURE(S)**
**Voluntary Amendment Signature**
Signature: /Felicia J. Boyd/     Date: 09/23/2025
Signatory's Name: Felicia J. Boyd
Signatory's Position: Attorney of record, Minnesota bar member

Signatory's Phone Number: 612-321-2800 Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    Felicia J. Boyd
   Norton Rose Fulbright US LLP

   98 San Jacinto Boulevard, Suite 1100
   Austin, Texas 78701
Mailing Address:    Felicia J. Boyd
   Norton Rose Fulbright US LLP
   98 San Jacinto Boulevard, Suite 1100
   Austin, Texas 78701

Serial Number: 99351141
Internet Transmission Date: Tue Sep 23 17:29:24 ET 2025
TEAS Stamp: USPTO/PRA-XXX.XXX.XX.XX-2025092317292440
3793-99351141-910f52ef285c88deb0fc782b29
1d54ecf08464fb4b95d0e32d9e6792981b449136
-N/A-N/A-20250923153253057639

**Trademark/service mark application, Principal Register**
Serial number: 99351141
Mark: MEDEX
Mark format: Standard character
Filing date: August 21, 2025 at 10:46:08 PM ET
Docket number:
Owner name: MedEx Reviews, LLC
Amount paid: $ 350 (1 class)

# Trademark details

Mark

MEDEX

Mark Format

**Standard character**
The mark consists of standard characters, without claim to any particular font style, size, or color.

# Owner information

| | |
|---|---|
| *Name | MedEx Reviews, LLC |
| Entity type | Limited liability company |
| Place of organization/citizenship | Texas |
| **Mailing address information** | |
| *Address line 1 | 3536 Hwy 6 South, #271 |
| *City | Sugar Land |
| *State/territory | Texas |
| *Zip/postal code | 77478 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| **Domicile address information** | |

The mailing address is the same as the owner's domicile address.

# Goods and services

## Filing basis information

Section 1(b)

## Identification of goods and services

**International Class 045**

Filing basis: Section 1(b)

Expert witness services in legal matters in the field of **specialized medical experts offering clinical peer reviews and case analysis**; Expert witness services in legal matters in the field of **life care planning and medical cost projections**; Provision of expert legal opinions; Notary public services

# Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | The applicant claims ownership of active prior U.S. Registration No(s). 7585041 and 7585043. |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | |
| Significance of mark | |
| Disclaimer | |

# Attorney information

## Attorney name and address

| | |
|---|---|
| *Name | Felicia J. Boyd |
| Law firm | Norton Rose Fulbright US LLP |

| *Address line 1 | 98 San Jacinto Boulevard, Suite 1100 |
|---|---|
| *City | Austin |
| *State/territory | Texas |
| *Zip/postal code | 78701 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | mplsbrandsteam02@nortonrosefulbright.com |
| Primary telephone number | (612) 321-2800 |
| Extension | None specified. |

## Attorney registration information

| *Bar membership or registration number | ******* |
|---|---|
| *Jurisdiction | ******* |
| *Year of admission | ******* |

Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

Additional appointed attorneys

Kaylee A. Sill; Nathan W. Mannebach; Jeff Hajdin; Stephanie A. Schmidt; Andrea K. Shannon; Timothy M. Kenny; Alesha M. Dominique; Ani H. Galoyan; Johanna Schmitt; Adam C. Rehm; Yan Sun and all other attorneys of Norton Rose Fulbright US LLP

Docket or reference number

## Correspondence information

| *Correspondence name | Felicia J. Boyd |
|---|---|
| *Primary correspondence email address | mplsbrandsteam02@nortonrosefulbright.com |
| Courtesy copy email addresses | mplsbrandsteam02@nortonrosefulbright.com |

## Fee information

| Application filing option | Trademark/service mark application, Principal Register |
|---|---|
| Number of classes | 1 |
| Base application fee, per class | $ 350 |
| Total fees paid | $ 350 |

## Declaration and signature

## Declaration

[ X ] Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Electronic Signature | /Denise Selbst/ |
| Signatory's name | Denise Selbst |
| Signatory's position | Managing Owner |
| Date signed | 08/21/2025 |
| Signature method | Electronic signature emailed to third party |

STAMP:USPTO/APPB-***.***.**.**-20250821224608399-99351141-17.1-f6248782-3642-4af8-9ef9-e08e1b0099b6-CARD-20250821174259540374

# MEDEX