Generated on: This page was generated by TSDR on 2025-09-24 14:56:48 EDT

Mark: MEDX GLOBAL CLINICAL ADVISORS



| | | | |
|---|---|---|---|
| US Serial Number: | 99342687 | Application Filing Date: | Aug. 18, 2025 |

generalStatus.filedAsBaseApp!:  ! Yes

generalStatus.currentlyAsBaseApp!:  !

Yes

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor:



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

Status: New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

Status Date: Aug. 18, 2025

## Mark Information

Mark Literal Elements: MEDX GLOBAL CLINICAL ADVISORS

Standard Character Claim: No

Mark Drawing Type: 0 - UNKNOWN MARK DRAWING TYPE

Description of Mark: The mark consists of the stylized wording "MEDX", over smaller stylized wording "GLOBAL CLINICAL ADVISORS".

Color Drawing: Yes

Color(s) Claimed: The color(s) Grey, Orange is/are claimed as a feature of the mark.

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Consulting services concerning legal matters in the medical field

| | | | |
|---|---|---|---|
| International Class(es): | 045 - Primary Class | U.S Class(es): | 100, 101 |

Class Status: ACTIVE

| | | | |
|---|---|---|---|
| First Use: | Mar. 07, 2022 | Use in Commerce: | Mar. 07, 2022 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | MEDX GLOBAL CLINICAL ADVISORS, LLC |
| **Owner Address:** | 1911 Bagby Street<br>Houston, TEXAS UNITED STATES 77002 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** TEXAS

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Timothy Earl Bond Jr |
| **Attorney Primary Email Address:** | timbond@adhealthcare.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Timothy Earl Bond Jr<br>N/A<br>1911 Bagby Streey<br>Houston, TEXAS United States 77002 |
| **Correspondent e-mail:** | timbond@adhealthcare.com mlopez@adhealthcare.com jcurth@adhealthcare.com |

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 18, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Aug. 18, 2025 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | |
|---|---|
| **Current Location:** | Not Found |
| **Date in Location:** | Not Found |

**Trademark/service mark application, Principal Register**
Serial number: 99342687
Mark: MEDX GLOBAL CLINICAL ADVISORS
Mark format: Wording in a stylized font
Filing date: August 18, 2025 at 12:04:12 PM ET
Docket number:
Owner name: MEDX GLOBAL CLINICAL ADVISORS, LLC
Amount paid: $ 350 (1 class)

# Trademark details

## Mark

## Literal element

MEDX GLOBAL CLINICAL ADVISORS

## Mark Description

the stylized wording "MEDX", over smaller stylized wording "GLOBAL CLINICAL ADVISORS"

## Mark Format

Words, letters, and/or numbers in stylized form

## Color claim

The color(s) Grey, Orange is/are claimed as a feature of the mark.

# Owner information

| | |
|---|---|
| *Name | MEDX GLOBAL CLINICAL ADVISORS, LLC |
| Entity type | Limited liability company |
| Place of organization/citizenship | Texas |
| **Mailing address information** | |
| *Address line 1 | 1911 Bagby Street |
| *City | Houston |
| *State/territory | Texas |
| *Zip/postal code | 77002 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| Owner website URL | https://medxglobal.net/ |
| **Domicile address information** | |

The mailing address is the same as the owner's domicile address.

# Goods and services

## Filing basis information

Section 1(a)

## Identification of goods and services

| | |
|---|---|
| **International Class 045** | |
| Filing basis: Section 1(a) | |
| Consulting services concerning legal matters in the medical field | |
| **Specimen Information** | |
| First use anywhere date | At least as early as 03/07/2022 |
| First use in commerce date | At least as early as 03/07/2022 |
| Specimen file name | MedX Website.jpg |
| URL | https://medxglobal.net/ |
| Date of access | 08/18/2025 |
| Description | Use of MEDEX mark on website to market services |
| **Specimen Information** | |
| First use anywhere date | At least as early as 03/07/2022 |
| First use in commerce date | At least as early as 03/07/2022 |
| Specimen file name | MedX Insta.jpg |
| URL | https://www.instagram.com/medx.global/ |

| Date of access | 08/18/2025 |
|---|---|
| Description | Use of MEDX mark on instagram to market services |
| **Specimen Information** | |
| First use anywhere date | At least as early as 03/07/2022 |
| First use in commerce date | At least as early as 03/07/2022 |
| Specimen file name | [MedX Linkedin.jpeg](#) |
| URL | https://www.linkedin.com/company/medx-global-clinical-advisors/ |
| Date of access | 08/18/2025 |
| Description | Use of MEDEX mark to market services on Linkedin |

# Additional statements

| Translation (if applicable) | |
|---|---|
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | |
| Significance of mark | |
| Disclaimer | |

# Attorney information

## Attorney name and address

| *Name | Timothy Earl Bond Jr |
|---|---|
| Law firm | N/A |
| *Address line 1 | 1911 Bagby Streey |
| *City | Houston |
| *State/territory | Texas |
| *Zip/postal code | 77002 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | timbond@adhealthcare.com |
| Primary telephone number | None specified. |
| Extension | None specified. |

## Attorney registration information

| *Bar membership or registration number | ******* |
|---|---|
| *Jurisdiction | ******* |
| *Year of admission | ******* |

Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

Docket or reference number

# Correspondence information

| *Correspondence name | Timothy Earl Bond Jr |
|---|---|
| *Primary correspondence email address | timbond@adhealthcare.com |
| Courtesy copy email addresses | mlopez@adhealthcare.com; jcurth@adhealthcare.com |

# Fee information

| Application filing option | Trademark/service mark application, Principal Register |
|---|---|
| Number of classes | 1 |
| Base application fee, per class | $ 350 |
| Total fees paid | $ 350 |

# Declaration and signature

## Declaration

[ X ] Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| Electronic Signature | /tb2121/ |
|---|---|
| Signatory's name | Timothy Bond |
| Signatory's position | Attorney of Record |
| Date signed | 08/18/2025 |
| Signature method | Signed directly within the form |

STAMP:USPTO/APPB-**.***.***.**-20250818120412622-99342687-16.1-e4e64cee-7e39-4e7c-917c-6023a26be093-CARD-20250818111443900519







linkedin.com/company/medx-global-clinical-advisors/



in    Q Search                          Home  My Network  Jobs  Messaging  N

## MedX Global Clinical Advisors

We connect, schedule, and manage an infrastructure of elite healthcare experts to help law firms define complex cases.

Legal Services · 88 followers · 2-10 employees

Scott follows this page

**+ Follow**    **◀ Message**    ( ··· )

**Home**    About    Posts    Jobs    People

### Overview

MedX Global Clinical Advisors focuses on finding elite experts to define the healthcare complexity of a case for the court. Every case is unique, and MedX understands the importance of expertise tailored to a client's needs. With a vast infrastructure of legal-focused professionals, MedX will connect, schedule, an ... see more

Show all details →

**Page posts**                          ⟨ ⟩