AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| MEDEX REVIEWS, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> MEDX GLOBAL CLINICAL ADVISORS, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  4:25-CV-4550 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MedX Global Clinical Advisors, LLC, by and through its registered agent, David Balat, 1911 Bagby Street, Houston, Texas 77002.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J. Devin Wagner, Norton Rose Fulbright, 1550 Lamar Street, Suite 2000
    Houston, Texas 77010

    Felicia Boyd, Norton Rose Fulbright, 60 South Sixth Street, Suite 3100,
    Minneapolis, MN 55402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 7, 2025

*Nathan Ochsner, Clerk of Court*

*s/ Daniel Maccio*
*Signature of Clerk or Deputy Clerk*