# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MEDEX REVIEWS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25-cv-4550 |
| MEDX GLOBAL CLINICAL ADVISORS, LLC, | ) Certificate of Interested Parties |
| Defendant. | ) |

Plaintiff MedEx Reviews, LLC ("MedEx Reviews"), pursuant to the Court's Order for Conference and Disclosure of Interested Parties (ECF No. 3), discloses the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Name: MedEx Reviews, LLC

    Principal Place of Business: 3536 Highway 6 South, #271 Sugar Land, Texas 77478

    MedEx Reviews is not publicly traded.

If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

| | |
|---|---|
| Dated: October 10, 2025 | Respectfully submitted,<br><br>**NORTON ROSE FULBRIGHT US LLP**<br><br>*/s/ J. Devin Wagner*<br>J. Devin Wagner<br>Federal ID No. 2433520<br>State Bar No. 24090451<br>devin.wagner@nortonrosefulbright.com<br>1550 Lamar Street, Suite 2000<br>Houston, Texas 77010<br>(713) 651-5151 - Phone<br>(713) 651-5246 - Fax<br><br>Felicia Boyd (seeking admission *pro hac vice*)<br>MN Bar No. 0186168<br>felicia.boyd@nortonrosefulbright.com<br>60 South Sixth Street, Suite 3100<br>Minneapolis, MN  55402<br>(612) 321-2206<br><br>***Counsel for Plaintiff MedEx Reviews, LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff MedEx Reviews, LLC's Certificate of Interested Persons was served by electronic mail on Defendant's counsel on October 10, 2025.

                                                          */s/ J. Devin Wagner*
                                                          J. Devin Wagner