IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MEDEX REVIEWS, LLC,** | |
| Plaintiff, | Civil Action No. 4:25-cv-4550 |
| vs. | |
| **MEDX GLOBAL CLINICAL ADVISORS, LLC,** | JURY TRIAL |
| Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL

Please take notice that Christian Hurt is entering an appearance for MedX Global Clinical Advisors, LLC ("MedX" or "Defendant") and should be designated as lead counsel in the above referenced matter:

Christian Hurt
TX State Bar No. 24059987
churt@mckoolsmith.com
**McKool Smith, PC**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mr. Hurt is currently admitted to practice in the Southern District of Texas.

Dated: October 20, 2025                    Respectfully submitted,

/s/ *Christian Hurt*
Christian Hurt
Texas State Bar No. 24059987
churt@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Ct., Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEY FOR DEFENDANT MEDX GLOBAL CLINICAL ADVISORS, LLC.**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 20, 2025.

/s/ *Christian Hurt*
Christian Hurt