IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MEDEX REVIEWS, LLC,** | |
| Plaintiff, | Civil Action No. 4:25-cv-4550 |
| vs. | |
| **MEDX GLOBAL CLINICAL ADVISORS, LLC,** | JURY TRIAL |
| Defendant. | |

**CERTIFICATE OF INTERESTED PARTIES**

Defendant MedX Global Clinical Advisors, LLC ("MedX Global") pursuant to the Court's Order for Conference and Disclosure of Interested Parties (ECF 3), discloses the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Name: MedX Global Clinical Advisors, LLC

Principal Place of Business : 4140 Southwest Freeway, Houston, TX 77027-7311

MedX Global is not a publicly traded company.

If new or additional parties or persons that are financially interested in the outcome of this litigation are identified during the pendency of this litigation, then counsel for MedX Global will promptly file an amended certificate with the clerk.

| | |
|---|---|
| Dated: November 25, 2025. | **MCKOOL SMITH, P.C.**<br><br>/s/ *Christian Hurt*<br>Christian Hurt<br>Texas State Bar No. 24059987<br>churt@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br><br>**ATTORNEYS FOR DEFENDANT MEDX GLOBAL CLINICAL ADVISORS, LLC** |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 25, 2025.

                                                /s/ Christian Hurt
                                                Christian Hurt